UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONETTA BYRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case: 1:15-cv-01947 Jury Demand |
| v. | ) Assigned To : Unassigned |
| | ) Assign. Date : 11/3/2015 |
| | ) Description: Pro Se Gen. Civil (F Deck) |
| METROPOLITAN POLICE DEPARTMENT, | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



It appears that, on February 25, 2015, Metropolitan Police Department officers went to plaintiff's residence, handcuffed her, and caused plaintiff's grandchildren to be removed from her home. Plaintiff demands damages of $999,999,999,999,999. Missing from the complaint are a statement of the grounds on which this federal district court's jurisdiction depends and a short and plain statement of plaintiff's entitlement to the relief she demands. As drafted, the complaint fails to comply with Rule 8(a), and it will be dismissed. An Order is issued separately.

_____
United States District Judge

DATE: 10/31/15